IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 09-23-SLR |
| JOSEPH MANGIAPANE, JR., | : |
| Defendant. | : |

**MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**

**COMES NOW** the United States of America, by and through Rod J. Rosenstein, United States Attorney for the District of Maryland, and Keith M. Rosen and Shannon T. Hanson, Special Assistant United States Attorneys, and hereby moves this Honorable Court to dismiss the charges in the Second Superseding Indictment pending against this defendant without prejudice. In support thereof, the government submits that, as a result of witness developments since the Indictment was returned by the Grand Jury, it would not be prudent for the government to proceed to trial in this matter. A proposed Order is attached hereto.

Respectfully submitted,

ERIC H. HOLDER, JR.
ATTORNEY GENERAL OF THE UNITED STATES

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

BY: _____
Keith M. Rosen
Shannon T. Hanson
Special Assistant United States Attorneys

Dated: March 22, 2011

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 09-23-SLR |
| JOSEPH MANGIAPANE, JR., | : |
| Defendant. | : |

### ORDER

At Wilmington, this _____ day of _____, 2011;

IT IS ORDERED that the charges in the Second Superseding Indictment as they relate to this defendant are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that all proceedings presently scheduled in this matter are cancelled.

_____
Honorable Sue L. Robinson
United States District Judge