## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

      Plaintiff,                                        :

    v.                                                      :     Criminal Action No. 09-23-SLR

JOSEPH MANGIAPANE, JR.,                      :

      Defendant.                                      :

### O R D E R

At Wilmington, this _____23d_____ day of ____March_____, 2011;

IT IS ORDERED that the charges in the Second Superseding Indictment as they relate to this defendant are hereby dismissed without prejudice.

IT IS FURTHER ORDERED that all proceedings presently scheduled in this matter are cancelled.

_____
Honorable Sue L. Robinson
United States District Judge