# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>) | Criminal Action No. 09-23-(MN) |
| v. )<br>) | |
| **PAWEL DYNKOWSKI,**<br>**a/k/a PAUL DYNKOWSKI,**<br>**a/k/a "EVO"** )<br>)<br>)<br>)<br>) | |
| Defendant. ) | |

## ORDER

Having considered the government's Motion to Dismiss, and finding that the relief requested is in the interests of justice for the reasons set forth therein, it is hereby ORDERED that the Indictment, First Superseding Indictment, and Second Superseding Indictment filed against Pawel Dynkowski in the above-captioned case BE and hereby ARE DISMISSED without prejudice.

*Maryellen Noreika*
United States District Judge

Dated: June 4, 2020